# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

FILED
2017 APR 28 PM 3:33

| | |
|---|---|
| **UNITED STATES OF AMERICA** | § § § |
| v. | § No. EP:14-CR-01503-DCG(1) § |
| **ALEJANDRO HERNANDEZ** | § 40661 - 380 § § |

## ORDER REVOKING SUPERVISED RELEASE

On April 28, 2017, came to be heard the petition for revocation of supervised release in the above styled and numbered cause. The defendant, **ALEJANDRO HERNANDEZ**, appeared in person by and through his counsel of record by Sandra S. Lewis, and the Government appeared by and through its Assistant United States Attorney, Shane Wagman.

After waiving explanation of the allegations in the petition to him, defendant **ALEJANDRO HERNANDEZ** admitted to the allegations in the petition for revocation of supervised release. Therefore, the Court is of the opinion that the petition for revocation of supervised release should be **GRANTED**.

ON 06/02/2017 SUBJECT
RLS TO: R. ALMONTE, USM DS/rh
BY:

It is therefore **ORDERED** that the petition for revocation of supervised release filed herein on March 13, 2017, be, and it is hereby, **GRANTED**.

It is further **ORDERED** that the term of supervised release of defendant **ALEJANDRO HERNANDEZ** granted by Order Revoking Supervised Release dated June 29, 2016, be, and it is hereby, **REVOKED**.

It is further **ORDERED** that the defendant, **ALEJANDRO HERNANDEZ**, is hereby committed to the custody of the Federal Bureau of Prisons for a period of four (4) months as to Count 2 with credit for time served while in custody for this federal offense.

It is further **ORDERED** that a certified copy of this Order be delivered to the United States Marshal, or other qualified officer, and the copy serve as the commitment of Defendant.

**SIGNED AND ENTERED** this 28th day of April, 2017.

HON. DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE